IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDEL DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS LOVING, | : |
| | : |
| Plaintiff, | : CIVIL ACTION NO. 3:18-CV-508 |
| | : (JUDGE MARIANI) |
| v. | : |
| | : |
| FEDEX FREIGHT, INC., | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 8TH DAY OF MAY 2020,** upon consideration Defendant's Motion for Summary Judgment (Doc. 40) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment (Doc. 40) is **GRANTED IN PART** and **DENIED IN PART**:

    a. The motion is **GRANTED** as to Plaintiff's age discrimination and retaliation claims;

    b. The motion is **DENIED** as to Plaintiff's claims for race discrimination and in all other respects.

2. The Court shall set this matter for trial by separate order.

                                                _s/ Robert D. Mariani_____
                                                Robert D. Mariani
                                                United States District Judge